UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

MICHAEL THOMAS                                                        PLAINTIFF

v.                                                   CIVIL ACTION NO. 3:11CV-P102-H

KENTUCKY STATE REFORMATORY et al.                              DEFENDANTS

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date and being otherwise sufficiently advised, **IT IS ORDERED** that Plaintiff's official-capacity claims and his claim against the Kentucky State Reformatory are **DISMISSED** with prejudice for failure to state a claim and for seeking monetary relief from Defendants immune from such relief within the meaning of 28 U.S.C. § 1915A(b)(1) and (b)(2). The Clerk of Court is **DIRECTED** to terminate the Kentucky State Reformatory as a Defendant in this action.

Date:

cc:     Plaintiff, *pro se*
        Defendants
        General Counsel, Justice & Public Safety Cabinet, Office of Legal Counsel
4412.009